UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x
In re ALUMINUM WAREHOUSING        :   Civil Action No. 1:13-md-02481-PAE
ANTITRUST LITIGATION              :
                                  :   ORDER TO WITHDRAW PATRICK J.
———————————————————————           :   COUGHLIN AS ATTORNEY OF RECORD
                                  :
This Document Relates To:         :
                                  :
    ALL ACTIONS.                  :
                                  :
——————————————————————— x

The motion of Patrick J. Coughlin to withdraw as attorney of record in the above-referenced action is granted.

IT IS HEREBY ORDERED that Patrick J. Coughlin be withdrawn as Counsel for First-Level Purchaser Plaintiffs Ampal, Inc., Custom Aluminum Products, Inc., Claridge Products and Equipment, Inc., and Extruded Aluminum Corporation in the above-referenced action.

IT IS SO ORDERED.

DATED: 3/28/23

*Paul A. Engelmayer*
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE