UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
In re ALUMINUM WAREHOUSING          :   Civil Action No. 1:13-md-02481-PAE
ANTITRUST LITIGATION                :
                                    :   ORDER TO WITHDRAW STEVEN M.
----------------------------------  :   JODLOWSKI AS ATTORNEY OF RECORD
                                    :
This Document Relates To:           :
                                    :
    ALL ACTIONS.                    :
                                    :
---------------------------------------- x

The motion of Steven M. Jodlowski to withdraw as attorney of record in the above-referenced action is granted.

IT IS HEREBY ORDERED that Steven M. Jodlowski be withdrawn as Counsel for First-Level Purchaser Plaintiffs Ampal, Inc., Custom Aluminum Products, Inc., Claridge Products and Equipment, Inc., and Extruded Aluminum Corporation in the above-referenced action.

IT IS SO ORDERED.

DATED: May 17, 2023

_____
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

- 1 -