UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION | MDL No. 2481 |
| This Document Relates to:<br><br>ALL ACTIONS | No. 1:13-md-02481 (PAE) |

## ORDER GRANTING LEAVE TO WITHDRAW

**IT IS HEREBY ORDERED** that Henry B. Liu is granted leave to withdraw as counsel of record for Defendants Henry Bath LLC, JP Morgan Chase & Co., JPMorgan Chase Bank, N.A., and JP Morgan Securities plc in this action. The Clerk of the Court is respectfully directed to remove Mr. Liu from the docket and from the service list in this action.

Dated: August 1, 2023

*Paul A. Engelmayer*
The Honorable Paul A. Engelmayer
United States District Judge
New York, New York